MICHAEL L. CHASTAINE (SBN 121209)
Chastaine Law Office
101 Parkshore Drive, Suite 100
Folsom, CA. 95630
(916) 932-7150
Fax (916) 932-7151

Attorney for Defendant
Edward Tulysewski

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD TULYSEWSKI, et al.,<br><br>    Defendants. | No. CR-S-11-134 JAM<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING<br><br>Date: June 4, 2013<br>Time: 9:45 a.m.<br>Judge: Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Edward Michael Tulysewski, Michael L. Chastaine, Esq., that the sentencing hearing presently set for February 5, 2013 be **continued to June 4, 2013, at 9:45 a.m.,** thus **vacating** the presently set sentencing hearing.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial and that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, February 5, 2013, to and including June 4, 2013. This is based on the complexity of the case;

1

PDF created with pdfFactory trial version www.pdffactory.com

additional time that is required to prepare for the sentencing, and the fact that the defendant is currently incarcerated at the Butte County Jail in Oroville, California; approximately 120 miles roundtrip from downtown Sacramento.

IT IS SO STIPULATED.

Dated: January 25, 2013                                       /s/  Michael L. Chastaine
                                                              MICHAEL L. CHASTAINE
                                                              Attorney for Defendant
                                                              Edward Michael Tulysewski

Dated: January 25, 2013                                        Benjamin B. Wagner
                                                               United States Attorney

                                                       by:    /s/ Michael M. Beckwith
                                                              MICHAEL M. BECKWITH
                                                              Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the February 5, 2013 sentencing hearing be continued to June 4, 2013 at 9:45 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (preparation by defense counsel) from February 5, 2013 to June 4, 2013.

IT IS SO ORDERED.

Dated: 1/28/2013

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com