AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:11-cr-00134-JAM   Document 257   Filed 03/05/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 2:11CR00134 -09 |
| EDWARD MICHAEL TULYSEWSKI | ) | |
| | ) | USM No: 65904-097 |
| Date of Original Judgment: 12/17/2013 | ) | |
| Date of Previous Amended Judgment: | ) | DAVID M. PORTER, AFD |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  85  months **is reduced to**  76 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  12/19/2013  shall remain in effect.
**IT IS SO ORDERED.**

| Order Date: | 3/5 /2015 | /s/ John A. Mendez |
|---|---|---|
| | | *Judge's signature* |
| Effective Date: | 11/1/2015 | JOHN A. MENDEZ, U.S. DISTRICT COURT JUDGE |
| | *(if different from order date)* | *Printed name and title* |